UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLLINS SYLVESTER WILLIAMS,<br><br>                         Petitioner,<br><br>  v.<br><br>THURSTON COUNTY,<br><br>                         Respondent. | No. C14-5566 RBL/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    The petition for writ of habeas corpus (Dkt. 7) is **DISMISSED WITHOUT PREJUDICE** because petitioner failed to name a proper respondent and the petition is unexhausted.

(3)    The Clerk is directed to send copies of this Order to Petitioner, and to the Hon. Karen L. Strombom.

**DATED** this 4th day of November, 2014.

                                                                RONALD B. LEIGHTON
                                                                UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1